# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK R. GUZY and SHANNON GUZY,<br><br>            Plaintiffs,<br>   v.<br><br>TIMOTHY W. NELSON, TIMOTHY W. NELSON, CPA and EVANS NELSON & COMPANY, CPAS, et al.,<br><br>            Defendants. | Case No. 3:21-cv-00258-HDM-WGC<br><br>**ORDER** |

Good cause appearing, the plaintiffs' motion for extension of time (ECF No. 11) is GRANTED. The plaintiffs shall file their reply, attached as Exhibit 1 to the motion, no later than July 28, 2021.

IT IS SO ORDERED.

DATED: this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE